IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:19-cv-601

| | |
|---|---|
| TRULIANT FEDERAL CREDIT UNION,<br><br>        Plaintiff,<br><br>        v.<br><br>SUNTRUST BANKS, INC. and BB&T CORPORATION,<br><br>        Defendants. | **AFFIDAVIT OF SERVICE** |

Richard A. Coughlin, being first duly sworn, deposes and says:

1. I am an attorney for Plaintiff Truliant Federal Credit Union in the above-captioned matter.

2. On or about September 3, 2019, copies of the Summons, Complaint, Corporate Disclosures and Notice of Right to Consent in this action were deposited for mailing via Federal Express, addressed as follows:

> BB&T Corporation.
> c/o CT Corporation System, Registered Agent
> 160 Mine Lake Court, Suite 200
> Raleigh, NC 27615

3. The Summons, Complaint, Corporate Disclosures and Notice of Right to Consent were served on defendant BB&T Corporation, or one of its agents, on September 4, 2019, as evidenced by the attached Federal Express delivery report.

FURTHER AFFIANT SAITH NOT.

This the 4th day of September, 2019.

/s/Richard A. Coughlin
Richard A. Coughlin
N.C. State Bar No. 19894
Kimberly Bullock Gatling
N.C. State Bar No. 27234
Whitney D. Pierce
N.C. State Bar No. 46327
FOX ROTHSCHILD LLP
300 North Greene Street, Suite 1400
Greensboro, NC  27401
PO Box 21927 (27420)
Telephone:  (336) 378-5200
Facsimile:  (336) 378-5400
E-Mail:  rcoughlin@foxrothschild.com
kgatling@foxrothschild.com
wpierce@foxrothschild.com
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 10-cv-508

| | |
|---|---|
| PAN-AMERICAN PRODUCTS & HOLDINGS, LLC<br><br>  Plaintiff,<br><br>  v.<br><br>R.T.G. FURNITURE CORP., ROOMSTOGO.COM, INC., ROOMS TO GO NORTH CAROLINA CORP., ROOMS TO GO TENNESSEE CORP., R.T.G. FURNITURE CORP. OF GEORGIA, ROOMS TO GO LOUISIANA CORP., RTG FURNITURE CORP. OF TEXAS, LP, ROOMS TO GO MISSISSIPPI CORP., ROOMS TO GO ALABAMA CORP., RETAIL MANAGEMENT SERVICES CORP.<br><br>  Defendants. | **CERTIFICATE OF SERVICE** |

This will certify that on October 5, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Michael L. Robinson, mrobinson@robinsonlawing.com and H. Stephen Robinson, srobinson@robinsonlawing.com.

/s/ Richard A. Coughlin
Richard A. Coughlin
N.C. State Bar No. 19894
SMITH MOORE LEATHERWOOD LLP
300 N. Greene Street, Suite 1400
Greensboro, North Carolina 27401
rick.coughlin@smithmoorelaw.com