IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:19-cv-00601-TDS-JLW

| | |
|---|---|
| TRULIANT FEDERAL CREDIT UNION,<br><br>    Plaintiff,<br><br>    v.<br><br>SUNTRUST BANKS, INC. and BB&T CORPORATION,<br><br>    Defendants. | **NOTICE OF SPECIAL APPEARANCE** |

Pursuant to Local Rule 83.1(d), please take notice of the special appearance of Dale M. Cendali of Kirkland & Ellis LLP, as counsel of record for Defendants SunTrust Banks, Inc. and BB&T Corporation (collectively, "Defendants"), in the above-captioned civil action.

Dale M. Cendali certifies that she is an active member in good standing of the State Bar of New York and is also admitted to practice in the United States District Court for the Western District of New York, United States District Court for the Eastern District of New York, United States District Court for the Southern District of New York, United States District Court for the Northern District of New York, United States Court for the Northern District of California, United States District Court for the Eastern District of Michigan, United States District Court for the District of Colorado, United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Third Circuit, United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the Sixth

Circuit, United States Court of Appeals for the Ninth Circuit, United States Court of Appeals for the Eleventh Circuit, United States Court of Appeals for the Federal Circuit, and the United States Supreme Court. Dale M. Cendali further certifies that she understands that by entering an appearance she submits to disciplinary jurisdiction of the court for any misconduct in connection with the above-captioned civil action for which she is specially appearing and that she will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials, and other proceedings.

John David Mayberry and Richard J. Keshian certify that they remain responsible to this Court for the conduct of this litigation and acknowledge that they, or either of them, must sign all pleadings and paper, except for certificates of service. Mr. Mayberry and Mr. Keshian further certify that at least one of them will be present during pretrial conferences, potentially dispositive proceedings, and at trial.

Respectfully submitted this 19th day of February, 2020.

                                            KIRKLAND & ELLIS LLP

                                            /s/ Dale M. Cendali
                                            Dale M. Cendali
                                            NY State Bar No. 1969070
                                            601 Lexington Avenue
                                            New York, NY 10022
                                            Telephone: (212) 446-4800
                                            Email: dale.cendali@kirkland.com

KILPATRICK TOWNSEND & STOCKTON LLP

/s/ Richard J. Keshian
Richard J. Keshian
N.C. State Bar No. 10681
1001 West Fourth Street
Winston-Salem, North Carolina 27101
Telephone: (336) 607-7300
Email: rkeshian@kilpatricktownsend.com

/s/ John David Mayberry
John David Mayberry
N.C. State Bar No. 13236
The Grace Building
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 775-8830
Email: dmayberry@kilpatricktownsend.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this date this **Notice of Special Appearance** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

This the 19th day of February, 2020.

/s/ Dale M. Cendali
Dale M. Cendali